Joseph J. Joyce, (Bar No. #4857)
Michael J. Collins, (Bar No. #11814)
**JONES, SKELTON & HOCHULI P.L.C.**
Attorneys for Defendant James McKinnon
10813 S. River Front Parkway, Suite 230
South Jordan, UT 84095
Telephone: (385) 440-7056
Fax: (385) 388-7990
jjoyce@jshfirm.com
mcollins@jshfirm.com
minuteentries@jshfirm.com

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BEN PINTO,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>JAMES MCKINNON,<br><br>　　　　　　Defendant. | **Motion and Stipulation for Dismissal**<br><br>Civil No. 1:23-cv-00064<br><br>Dustin B. Pead |

The parties stipulate that the above-entitled matter has been settled and compromised and that Plaintiff's complaint against Defendant may be dismissed with prejudice, upon the merits, with no costs awarded.

The parties, through counsel, move the court for an order pursuant hereto.

117956934.1

Dated this 14th day of February, 2025.

                **LAWRENCE & LAWRENCE LAW, PLLC**

                By */s/ Nathan E. Lawrence (e-signed with permission)*
                    Nathan E. Lawrence
                    Attorneys for Plaintiff

Dated this 14th day of February, 2025.

                JONES, SKELTON & HOCHULI P.L.C.

By _____
            Joseph J. Joyce
            Michael J. Collins
            Attorneys for Defendant James McKinnon

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 14th day of February, 2025 a true and correct copy of the foregoing Motion and Stipulation for Dismissal was served via electronic filing upon the following:

Michael I. Welker
Gillian Welker & Associates, L.C.
965 East 700 South, Suite 305
St. George, UT 84790
welker@utahcase.com

Nathan E. Lawrence
Admitted Pro Hac Vice
LAWRENCE & LAWRENCE LAW, PLLC
9480 S. Eastern Ave., Ste. 213
Last Vegas, Nevada 89123
nathan@law2esq.com

/s Chihiro Chugg

3

117956934.1